# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

March 7, 2019

To the Clerk of the U.S. Bankruptcy Court

*RE: MANMAH JOHNSON*
*Case No. 5:18-bk-04737*

Dear Sir or Madam:

Please note the following change of address for the creditor, First National Collection Bureau

Prior Address:	610 Waltham Way
	Sparks, NV 89437-6695

New Address:	50 W Liberty Street
	Suite 250
	Reno, NV 89501-1973

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
Timothy B. Fisher, II

TBFII/mco

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

www.pocono-lawyers.com

Case 5:18-bk-04737-RNO    Doc 30    Filed 03/07/19    Entered 03/07/19 14:44:19    Desc
Main Document    Page 1 of 1