# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Manmah Johnson**  
Debtor(s)

Case No. **5:18-bk-04737**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 7, 2019**, a copy of **Notice of 1st Amended Chapter 13 Plan and 1st Amended Chapter 13 Plan** was served electronically or by regular United States mail the creditor listed below.

**First National Collection Bureau**
**50 W Liberty Street**
**Suite 20**
**Reno, NV 89501 - 1973**

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**