```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04737-RNO
Manmah Johnson                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 12, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
          +Kindred Healthcare, Inc.,    ATTN: Donna Clayton,    680 South Fourth Street,
            Louisville, KY 40202-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    New Residential Mortgage LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Manmah    Johnson donna.kau@pocono-lawyers.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Manmah Johnson,** | : | Case No. 5:18-bk-04737 RNO |
| Debtor | : | |

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

Kindred Healthcare, Inc.
ATTN: Donna Clayton
680 South Fourth Street
Louisville, KY 40202

Shall deduct from said Debtor's income the sum of **$768.40** from each **bi-weekly** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per Bi-weekly paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esquire<br>PO Box 7005<br>Lancaster, PA 17604 | $768.40 | Case No: 5:18-bk-04737 |

**IT IS FURTHER ORDERED** that the checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This Order shall be binding upon any successor in interest to Respondent.

Dated: March 12, 2020

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (DG)