UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                CASE NO.: 18-04737
                                                                                                                                                            CHAPTER 13

Manmah Johnson,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                            **13010 MORRIS ROAD, SUITE 450**
                              **ALPHARETTA, GEORGIA 30004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Attorney for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112
                                           Facsimile: 404-393-1425

                                           By: /s/Robert Shearer
                                                Robert Shearer
                                                Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on June 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MANMAH JOHNSON
7649 RAINBOW DRIVE
TOBYHANNA, PA 18466

And via electronic mail to:

FISHER AND FISHER LAW OFFICES
PO BOX 396
525 MAIN STREET
GOULDSBORO, PA 18424

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                      By: /s/ Amanda Nelson