**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MANMAH JOHNSON

       CHAPTER 13

    Debtor(s)

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE
      Movant

       CASE NO:   5-18-04737-MJC

    MANMAH JOHNSON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 21, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- voluntarily dismiss their case within 5 days of the stipulation date.
- make the regular monthly payments to the trustee during the remaining term of the plan

As of July 21, 2025, the Debtor(s) owes remaining balance of $997 to the  plan. Last payment was recieved on March 31, 2025.

In accordance with said stipulation, the case may be dismissed  upon certification of the trustee without further notice or hearing.

Dated:    July 21, 2025

Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

IN RE:   MANMAH JOHNSON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO:   5-18-04737-MJC

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 21, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO PA  18424-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
MANMAH JOHNSON
7649 RAINBOW DRIVE
TOBYHANNA  PA   18466

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 21, 2025

/s/  Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com